UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Hon. Ronald M. Whyte**
Courtroom 6 - 4th Floor

# Criminal Minute Order

Date: October 17, 2016　　　　　　　　　　　Time in Court: 10:44 to 10:55  (11 minutes)

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE:** USA v. Nam Thi Nguyen (Present, Out of Custody)
**CASE NUMBER**: 5:15-cr-00310-RMW-3
Government Attorney(s) present: Thomas Newman
Defendant Attorney(s) present: Bruce Funk
U.S. Probation Officer(s) present: Ben Flores
Vietnamese Interpreter present: Quy Dao

**PROCEEDINGS:**
**Sentencing**

Defendant is sentenced as follows to count 1 of the indictment:
Probation: 3 years.
Special assessment: $100.00.
Fine: waived.
Restitution: $4,044.00.
Please see judgment for specifics.

///