**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 15-310-BLF |
| Plaintiff, | **JOINT STATEMENT OF THE CASE** |
| v. | |
| DIEP THI VO, aka NANCY VO, | |
| Defendant. | |

1    This is a criminal case filed by the United States alleging that the Defendant, Nancy Vo, and
2 others filed false federal income tax returns with the Internal Revenue Service.  In the indictment, the
3 government alleges that the defendant conspired to file false federal income tax returns from May 2012,
4 until December 29, 2013.  As outlined in the indictment, the defendant allegedly solicited from homeless
5 people their names and Social Security numbers and that information was used to file tax returns for
6 calendar years when that person was unemployed.  The defendant is also charged with aiding and
7 abetting the filing of false federal income tax returns in the name of a person with the initials R.T., and
8 with engaging in a scheme involving the mail that was used to file false federal income tax returns in the
9 name of a person with the initials R.G.   The defendant is also charged with identity theft related to the
10 tax returns filed in R.G.'s name.
11    The defendant denies that she committed these offenses.